**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In the Matter of the Search of 5807 HILLBURNE WAY, CHEVY CHASE, MD 20815. | Case No. GLS-21-1202 |

**UNITED STATES' RESPONSE TO MOVANTS' REPLY**

The United States files this Reply in response to the Court's Orders, *see* ECF Nos. 20, 21, directing the United States to respond to Movants' Reply, *see* ECF No. 19.[1]

Both the United States and Movants agree that the United States should have seven days from the date of the Court's ruling on Movants' motion to unseal to submit proposed redactions. The United States does not oppose the Court immediately unsealing portions of the search warrant materials that the United States does not seek to redact. *See* Reply, ECF No. 19 at 1.

Respectfully, however, the United States disagrees with Movants' request that the United States provide Movants' with "an index identifying its proposed redactions and a particularized justification for each redaction to allow Movants to evaluate the proposed redactions." *Id.* As explained in the United States' response agreeing that unsealing is appropriate, any proposed redactions would be limited to third party information where third parties have not consented to disclosure. *See* ECF No. 16 at 16 n.2. Movants have no specific or specialized interest in this

[1] The United States respectfully requests this Court accept this filing nunc pro tunc as the undersigned inadvertently missed the Court's prior orders ordering a response to Movants' Reply due to not receiving CM/ECF notifications in this matter. The undersigned will promptly resolve that issue.

information, as it would not pertain to Movant Mrs. Toensing's nor Movant Judicial Watch's stated interests in the search warrant materials. *See* ECF No. 6 at 2, 4. Further, the United States is unaware of any instance of a court ordering the government to produce an index of proposed redactions in motions to unseal search warrant materials following the closure of the related investigation. That is no surprise given the posture of Movants' request here, which is unlike requests for information under the Freedom of Information Act.

Additionally, Movants' requested index is unnecessary as any proposed redactions would be minor. Movants filed similar motions to unseal related search warrant materials in the Southern District of New York, *see In the Matter of Search Warrants Executed on April 28, 2021*, Case No. 21-mc-00425, ECF No. 59 (S.D.N.Y. Aug. 5, 2026), and the magistrate judge handling that matter ordered the United States to submit proposed redactions without providing Movants with an index, *see id.* at ECF No. 63. Just as the parallel matter in the Southern District of New York, this Court's in camera review is sufficient to ensure the government's proposed redactions are appropriate.

All showing, an index is not appropriate here under the posture of this case. For the same reasons, neither is a meet and confer conference. The United States requests this Court deny Movants' request to order the United States to provide an index of proposed redactions and to meet and confer regarding limited proposed redactions.

Respectfully submitted,

/s/ Stanley E. Woodward, Jr
STANLEY E. WOODWARD, JR.
Associate Attorney General

ANNA L. EDWARDS
Counsel to the Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
*Counsel for the United States*