**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| In the Matter of the Search of 5807 HILLBURNE WAY, CHEVY CHASE, MD 20815. | ) | Case No. 8:21-mj-01202-GLS |

**UNITED STATES' NOTICE OF FILING IN COMPLIANCE WITH THE COURT'S OCTOBER 15, 2026 ORDER**

The United States files the attachments listed below in response to the Court's October 15, 2026 Order, directing the United States to file the Search Warrant and Search Warrant Application dated April 22, 2021, the supporting affidavit, and other related materials in CM/ECF. *See* ECF No. 27. The attachments contain limited redactions covering only personally identifying information or information pertaining to third parties that have not consented to unsealing. *See* ECF Nos. 16, 22, 27.

1. Attachment A – Search Warrant Affidavit – April 22, 2021
2. Attachment B – Search Warrant Application – Premises 1
3. Attachment C – Search Warrant – Premises 1
4. Attachment D – Search Warrant Application – Person of Mrs. Toensing
5. Attachment E – Search Warrant – Person of Mrs. Toensing
6. Attachment F – Search Warrant Application – Premises 2
7. Attachment G – Search Warrant – Premises 2
8. Attachment H - Motion to Seal Search Warrant Materials

DATED: October 20, 2026

Respectfully submitted,

STANLEY E. WOODWARD, JR.
/s/ Stanley E. Woodward, Jr.
Associate Attorney General

ANNA L. EDWARDS
Counsel to the Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
anna.edwards@usdoj.gov

*Counsel for the United States*