WDM/eg Duty

AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

THE PERSON OF VICTORIA TOENSING, BORN [redacted], SSN ENDING IN [redacted]

Case No. GLS-21-1203

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

THE PERSON OF VICTORIA TOENSING, BORN [redacted], SSN ENDING IN [redacted] See Attachment A-2, which is expressly incorporated by reference here.

located in the ______ District of Maryland, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 22 U.S.C. §§ 612, 618 | Acting as an Agent of a Foreign Principal without Registering with the Attorney General for Certain Specified Activities |
| 18 U.S.C § 2 | Attempting to and Willfully Causing Actions as an Agent of a Foreign Principal Without Registering with the Attorney General for Certain Specified Activities |
| 18 U.S.C § 371 | Conspiracy to Act as an Agent of a Foreign Principal without Registering with the Attorney General for Certain Specified |

The application is based on these facts:

See attached affidavit which is expressly incorporated by reference here.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ______ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attache[redacted]

[redacted], FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: April 22, 2021

*Judge's signature*

City and state: Greenbelt, Maryland

Honorable Gina L. Simms, United States Magistrate Judge
*Printed name and title*