**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **IN THE MATTER OF THE SEARCH OF:** | * | |
| | * | |
| [redacted] | * | **CASE NO.** GLS-21-1202 |
| **(“SUBJECT PREMISES-1”);** | * | |
| | * | |
| **THE PERSON OF VICTORIA TOENSING,** | * | **CASE NO.** GLS-21-1203 |
| **BORN** [redacted]**, SSN ENDING** | * | |
| **IN -**[redacted]**AND,** | * | |
| | * | |
| [redacted] | * | **CASE NO.** GLS-21-1204 |
| **(“SUBJECT PREMISES-2).** | * | |
| | * | **UNDER SEAL** |

**<u>GOVERNMENT'S MOTION TO SEAL</u>**

Comes now the United States of America, by and through its Attorneys, Jonathan F. Lenzner, Acting, United States Attorney for the District of Maryland and William D. Moomau, Assistant United States Attorney for said District, and hereby moves this Honorable Court for an Order sealing the search warrants, applications and supporting affidavit submitted in connection with the above-referenced search warrants, in that these documents concern an ongoing criminal investigation. Should the individuals under investigation become aware of these documents, it could jeopardize the outcome of the investigation and might cause the targets of the investigation to flee, avoid apprehension, conceal or destroy evidence.

WHEREFORE, the government respectfully requests that the search warrants, applications and supporting affidavit, along with this motion be placed under seal until further notice.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: William D. Moomau
William D. Moomau
Assistant United States Attorney

It is so ORDERED, this 22nd day of April, 2021.

Gina L. Simms
Honorable Gina L. Simms
United States Magistrate Judge